A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

PATRICK Miller                    #459158
Andrew Wetzel, Tyler Clause ) ET.AL       Inmate Number
                Plaintiff

RECEIVED
MAY 27 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

VERSUS

SHERRYL RANATZA

Jeff LANDRY

_____

_____

(Enter above the full name of each
defendant in this action.)

Electronic Filing Pilot Program
   In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order 2012-01, inmates who reside in or are transferred into Louisiana Department of Corrections facilities participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

   The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same**.

   In order for this complaint to be filed, it must be accompanied by the filing fee of $402.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

   If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): _____
   _____

   Defendant(s): _____
   _____

2. Court (if federal court, name the district; if state court, name the parish):
   _____
   _____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
   _____
   _____

6. Date of filing lawsuit: _____
7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
   Yes ( )    No (X)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.
_____
_____

II.  Place of present confinement: DCI - Jackson, LA

A. Is there a prisoner grievance procedure in this institution?
   Yes (X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (X) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. __None assigned__

2. What steps did you take? __Filed Initial @ DOC__
_____

3. What was the result? __Refused To File as parole Board Rulings can't be filed with DOC, further LA R.S. 15:574.11 provides that No Ruling by the Parole Board is appealable__

D. If your answer is No, explain why not: _____
_____

III. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) __PATRICK Miller #459158__
   Address __P.O. Box #788 Jackson, LA 70748__

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B) Andrew Wetzel - Same address - Doc #539179
C) Tyler Clause - Same address - Doc #766095

D) On behalf of all other offenders

B. Defendant  SHERYL RANATZA  is employed as Board Chair & Committee on Parole  at  Board of Pardons

C. Additional Defendants:  Jeff Landry - Governor, State of Louisiana

all defendants @ 504 Mayflower ST Baton Rouge, LA

IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) #

<u>CLAIM 1</u>

The Louisiana Legislature in the 2024 second extraordinary session passed Act 11 which changed LA R.S. 15:574.4.1(E)(2)(E) to provide that offenders would now need 3 out 3 votes (prior law was 2 out of 3) and a Low-Risk determination (prior law did not require this) In order to make parole. Plaintiffs were all convicted, sentenced and committed their crimes prior to the passage of the law. However, the Board is applying the new law to all offenders (see Attached "A"), and all of the plaintiffs have already (or will receive) denial letters (see attached "B") Thus subjecting the plaintiff's to longer stays of Incarceration in violation of the United States and the state of Louisiana's Constitution's ex post facto clause. According to the state, the laws were not to be applied Retroactively. (see Nola.com feb 21, 2024 and/or USA Today's "Fact Check" Article on Louisiana's new laws)

<u>CLAIM #2</u>

Louisiana's use of its "Risk needs assessment" (or TIGER) violates the 4th amendment as such scores do not change nor can an offender change them Thus their use In parole hearings effect the plaintiffs but denial of parole.

V.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. (1) To Declare the Law Unconstitutional (2) To enter an Injunction against using the new law against offenders convicted prior (3) For all those offenders already denied to have new hearings within 90 days or to be released.

VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

4. I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this 18 day of May, 2025.

_[signature]_ — Patrick Miller
_[signature]_ — Andrew Wetzel
Signature of plaintiff(s)
_[signature]_ — Tyler Clause

United States District Court
Middle District of Louisiana
Clerk of Court
777 Florida St.
Baton Rouge, LA 70801-1712

SCREENED BY U.S. MARSHAL

Patrick Millar #454153
Delmonto Dorm 5
P.O. Box #788
Jackson, LA 70748

NOT CENSORED
NOT RESPONSIBLE
FOR CONTENTS

MAY 2 3 2025

DIXON CORRECTIONAL INSTITUTE
JACKSON, LA. PRISON